JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MORGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE ASSOCIATED PRESS, et al.,<br><br>　　　　Defendants. | Case No. CV 24-2498-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court has considered the parties' Stipulation for Dismissal with Prejudice, filed October 9, 2025. (Docket No. 84). For good cause shown, the Stipulation is GRANTED. IT IS HEREBY ORDERED that this action is DISMISSED, with prejudice, in its entirety.

**IT IS SO ORDERED.**

Dated: October 10, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge